FILED
2011 May-16 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DAVID BELCHER, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 6:10-CV-00338-LSC |
| | ] |
| CENTRAL CREDIT SERVICES, INC., | ] |
| | ] |
| Defendant. | ] |

ORDER

On February 3, 2011, Defendant filed a motion for partial summary judgment. (Doc. 30.) According to Appendix II of the Court's Uniform Initial Order, Plaintiff's response was due on February 24, 2011. (Doc. 5 at 13.) Plaintiff did not file a response. On March 7, 2011, Defendant filed a reply submission in support of summary judgment. (Doc. 32.) In the reply, Defendant indicates that it was served with a response submission, but Defendant notes that it has no knowledge whether the response was filed with the Court. (Doc. 32 at 3 n.1.) Plaintiff has five (5) days from the date of this Order to file its untimely response submission with the Court. If

Plaintiff fails to do so, the Court will consider Defendant's motion for partial summary judgment to be unopposed.

Done this 16th day of May 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297