FILED
 2011 Jun-28  PM 06:02
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **DAVID BELCHER, an individual,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NUMBER** |
| ) | **6:10-cv-338-LSC** |
| **CENTRAL CREDIT SERVICES,** ) | |
| **INC., a Corporation, et al.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## NOTICE OF APPEARANCE

COME NOW, the undersigned counsel John G. Watts and M. Stan Herring and hereby enter their Notice of Appearance as counsel for the Plaintiff, David Belcher. John G. Watts and M. Stan Herring request that copies of all further notices and documents be forwarded to them and their names be added to the Certificate of Service.

/s/ John G. Watts
**John G. Watts (ASB-5819-T82J)**
Watts Law Group, PC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

*Attorney for the Plaintiff*

/s/ M. Stan Herring
**M. Stan Herring (ASB-1074-N72M)**
M. Stan Herring, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leah M. Fuller
Fuller Law Firm, LLC
P.O. Box 101883
Birmingham, Alabama 35210

Neal D. Moore, III
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

James R. Bedell
4800 Wells Fargo Center
90 South Street
Minneapolis, MN 55402

/s/ John G. Watts
OF COUNSEL