# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| DAVID BELCHER, ] | |
| Plaintiff, ] | |
| vs. ] | 6:10-CV-00338-LSC |
| CENTRAL CREDIT SERVICES, INC., ] | |
| Defendant. ] | |

## ORDER

The parties have agreed to settle the remaining claim(s) in the above-entitled cause.  Therefore, this case is DISMISSED with prejudice.  Any party may, for good cause shown, reopen the action within ninety (90) days from the date of this Order.  Costs are taxed as paid.

Done this <u>18th</u> day of <u>July 2011</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297